IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIFFANY GOINS )
) No. 3-11-0015
v. )
)
BARNES AND NOBLE.COM LLC )

O R D E R

Pursuant to the order entered February 22, 2011 (Docket Entry No. 20), counsel for the parties called the Court on February 23, 2011, at which time the following matters were addressed:

1. The plaintiff is granted leave to file a fourth amended complaint nunc pro tunc to February 20, 2011. The amended complaint, styled a "Second Amended Complaint," was filed on February 20, 2011 (Docket Entry No. 18).

2. The defendant shall have until March 4, 2011, to file a reply to the plaintiff's response (Docket Entry No. 19) to the defendant's motion to dismiss (Docket Entry No. 16).

In that reply, the defendant shall clarify what claims the defendant seeks to dismiss after the February 20, 2011, amended complaint, and shall address the claims as now stated in the February 20, 2011, amended complaint.

No other filings in support of or in opposition to the defendant's pending motion to dismiss shall be made except with the express permission of Chief Judge Campbell.

There is no stay of discovery while the defendant's motion to dismiss is pending.

All deadlines provided in the orders entered February 15, 2011 (Docket Entry Nos. 13-15) remain in full force and effect.

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell, Chief Judge, for his consideration of the defendant's motion to dismiss and accompanying memorandum (Docket Entry Nos. 16-17), the plaintiff's response (Docket Entry No. 19), and the defendant's reply to be filed no later than March 4, 2011.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge