IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIFFANY GOINS | ) |
| | ) No. 3-11-0015 |
| v. | ) |
| | ) |
| BARNES AND NOBLE | ) |
| BOOKSELLERS, INC.[1] | ) |

O R D E R

On January 13, 2012, the defendant filed a motion for summary judgment (Docket Entry No. 31).

In accord with the orders entered February 15, 2011 (Docent Entry Nos. 13-14), the plaintiff shall have until February 10, 2012, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days of the filing of the response or by February 24, 2012, if the response is filed on February 10, 2012.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made except with the express permission of the Honorable Kevin H. Sharp.

Memoranda in support of the response or reply shall not exceed twenty (20) pages.

The Clerk is directed to forward the file in this case to Judge Sharp for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 31-34), the plaintiff's response to be filed by February 10, 2012, and any reply to be filed, if necessary, no later than February 24, 2012.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered March 8, 2011 (Docket Entry No. 26), Barnes & Noble Booksellers, Inc. was substituted for Barnes and Noble.com LLC, the originally named defendant.